# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANITES AGAINST SHAKEDOWN TACTICS, an unincorporated association, CALIFORNIANS AGAINST LITIGATION PREDATORS, an unincorporated association,<br><br>Plaintiffs,<br>vs.<br>TEJJR, et al.,<br><br>Defendants. | CASE NO. 05cv2353 BTM(WMc)<br><br>**ORDER RE: MOTION TO DISMISS AND MOTION TO STRIKE** |

Defendants have filed a motion to dismiss as well as a motion to strike that are scheduled to be heard on December 1, 2006. The opposition and reply briefs shall be filed in accordance with CivLR 7.1e. However, as explained in the Court's Order of September 27, 2006, the Court will not rule on any motions until Judge Whelan has issued an order on the Motion to Intervene and Motion for Sanctions and Cease and Desist Order. Unless otherwise directed by the Court, there shall be no oral argument on Defendants' motion to dismiss and motion to strike, and no personal appearances are necessary on the hearing date.

**IT IS SO ORDERED.**

DATED: October 23, 2006

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge

05cv2353 BTM(WMc)