# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Julianites Against Shakedown Tactics

V.

TEJJR ("Total Equality, Just Judgment and Rights")

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05-CV-2353 W (WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Defendant's motion to dismiss. The Court dismisses this action with prejudice. The clerk of the court shall close the district court case file.

| May 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk
ENTERED ON May 2, 2007

05-CV-2353 W (WMc)